IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDUL KADRI MOHAMMED,** | : CIVIL ACTION NO. 1:20-CV-1557 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **WILLIAM P. BARR**, *et al.*, | : |
| **Respondents** | : |

## ORDER

AND NOW, this 18th day of November, 2020, upon consideration of the report (Doc. 11) of Magistrate Judge Martin C. Carlson, recommending that the court dismiss petitioner's petition (Doc. 1) for writ of habeas corpus as moot, and it appearing that no party has objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court agreeing with Judge Carlson's analysis

and recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 11) of Magistrate Judge Carlson is ADOPTED.

2. The petition (Doc. 1) for writ of habeas corpus is DISMISSED as moot.

3. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania